### Commonwealth ex rel. Tracy, Appellant, *v.* Russell.

Submitted April 11, 1966. *John William Tracy, Jr.,* appellant, in propria persona; *Thomas P. Ruane, Jr.,* First Assistant District Attorney, and *John R. Hoye,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Welch, Appellant, *v.* Maroney.

Submitted April 11, 1966. *Rupert Welch,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Williams, Appellant, *v.* Russell.

Submitted April 11, 1966. *David Williams,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.